

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-16-00509-CR

Malcolm **GANDY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6350
Honorable Melisa Skinner, Judge Presiding

# O R D E R

This appeal was originally submitted on briefs on September 6, 2017. On appeal, appellant raised five points of error challenging the trial court's order denying his motion to suppress. In his brief, appellant cites to a suppression hearing held on September 21, 2015; however, a review of the appellate record reflected that a copy of the reporter's record from that hearing had not been filed in this court because the court reporter had not been fully paid. We ultimately withdrew the submission date of this cause, and after determining how much of the reporter's record had been paid for, we ordered Ms. Fattahi to file the portion of the reporter's record for which she had been paid –specifically, "the hearing of 9/21/2015." On June 14, 2018, Ms. Fattahi filed the reporter's record in accordance with our order dated May 11, 2018.

We therefore **ORDER** the State to file its supplemental brief, if any, in this court **on or before July 16, 2018**. If the State decides not to file a supplemental brief, it is **ORDERED** to notify this court of such fact in writing on or before **July 9, 2018**.

We **order** the clerk of this court to serve copies of this order on all counsel.

Entered on this 28th day of June, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court